```
                FILED
        CLERK, U.S. DISTRICT COURT
              8/5/2022
     CENTRAL DISTRICT OF CALIFORNIA
     BY:       CD        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA,  | ED CR  5:22-cr-00187-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2250(a): Failure to Register as a Sex Offender] |
| GIDEON FROGGE,<br>   aka "Charles Sasso," |  |
| Defendant. |  |

The Grand Jury charges:

[18 U.S.C. § 2250(a)]

Beginning on a date unknown to the Grand Jury, but no later than on or about June 8, 2020, and continuing through on or about November 8, 2021, in San Bernardino County, within the Central District of California, defendant GIDEON FROGGE, also known as "Charles Sasso," an individual who was required to register pursuant to the Sex Offender Registration and Notification Act ("SORNA"), as a result of being convicted of Sexual Abuse in the First Degree, in violation of Connecticut General Statute §53a-70(a)(2), on or about April 8, 2005, in the Superior Court, Windham Judicial District, State of

Connecticut, Case Number WWM-CR03-0119622-T, and having, after said conviction, traveled in interstate commerce, knowingly failed to register as a sex offender as required by SORNA.

A TRUE BILL

              /S/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

VARUN BEHL
Assistant United States Attorney
General Crimes Section