

FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Gideon Frogge,<br><br>DEFENDANT(S). | CASE NUMBER<br>5:22 - CR-187-JGB<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___9/21/2022___, _____, at ___8:30___ ☑a.m. / ☐p.m. before  the Honorable ___Chooljian___, in Courtroom ___75D___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: ___9/16/2022___      _____
                               U.S. District Judge/Magistrate Judge